United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In Re Atanie Louis ) | |
| ) | Case No: 10-12167-PGH |
| ) | |
| ) | Motion to Vacate Order Dismissing |
| ) | Chapter 13 Case |
| ) | |
| Debtor(s) ) | |

The Debtor, through her undersigned attorney, moves the court for an order to vacate the order dismissing the above-captioned case. Pursuant to Local Rule 9013-1(E), the Debtor states as follows:

1. An Order was entered on March 15, 2010 dismissing this Chapter 13 case for the debtor's failure to remit pre-confirmation plan payments.

2. The Debtor has placed the funds necessary to bring the debtor's Chapter 13 plan current in the undersigned attorneys trust account.

3. Pursuant to Local Rule 9013-1(E), the undersigned attorney certifies that this statement is true.

**WHEREFORE**, the debtor requests that an order is entered vacating the dismissal and reinstate the Chapter 13 Case, schedule a new first meeting of the creditors, and for all other relief that the Debtor may be entitled to under the law.

Respectfully Submitted,

3/23/10
Date

Richard B. Carey, Esq.
Florida Bar No. 68427
richard@rcareylaw.com
801 Northpoint Parkway, Suite 30
West Palm Beach, FL 33407
Tel. (561) 247-1266
Fax (561) 282-3401

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Atanie Louis

Case No. 10-12167-PGH
Chapter 13

_____Debtor_____/

CERTIFICATE OF SERVICE
and
CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 9073-1(D)

I HEREBY CERTIFY that a true and correct copy of the Motion to Vacate Dismissal and the Notice of Hearing was mailed by U.S. Mail this 23 day of March, 2010, to the following:

Robin R. Weiner, Trustee
P.O. Box 559007
Fort Lauderdale, FL 33355-9007

Victoria Grove Home Owners Association
C/O Banyan Property Management, Inc.
2328 Congress Ave Suite 1C
West Palm beach, FL 33406

Chase Home Financing
10790 Ranch Bernards Rd.
San Diego, CA 92127

Supra Telecom
1802 NE Loop 410 Suite 400
San Antonio, TX 78217

Capital One
PO Box 30281
Salt Lake City, UT 84130

Wells Fargo Bank
PO Box 2788
Tempe, AZ 85285

Firestone
6275 Eastland Rd.
Brook Park, OH 44142

LF-46 (rev. 12/01/09)

City Furniture
PO Box 981439
El Paso, TX 79998

JCPenney
PO Box 981131
El Paso, TX 79998

HSBC Auto Finance
PO Box 17904
San Diego, CA 9277

LVNV Funding, LLC
PO Box 3038
Evansville, IN 47730

Macys
7 West Seventh St.
Cincinnati, OH 45202

GE Money Bank
8875 Aero Dr.
San Diego, CA 92123

WF Finance
800 Walnut St.
Des Moines, IA 50309

City Furniture
PO Box 94498
Las Vegas, NV 89193

Wells Fargo Finance
220 John Gleen D. #1
Amherst, NY 14228

Dell Computer
1 Dell Way
Round Rock, TX 78682

S & E Recovery Inc.
3780 Burns Rd. Suite 5
Palm Beach Gardens, FL 33410

LF-46 (rev. 12/01/09)

Respectfully Submitted,

_____
Richard B. Carey, Esq.
Florida Bar No. 68427
richard@rcareylaw.com
801 Northpoint Parkway, Suite 30
West Palm Beach, FL 33407
Tel. (561) 247-1266
Fax (561) 282-3401

LF-46 (rev. 12/01/09)